AO 245D Judgment in a Criminal Case for Revocations

DEFENDANT: CALVIN LAVELLE TRAHAN
CASE NUMBER: 1:05-CR-00024-MAC-KFG(1)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

| Last Four Digits of Defendant's Soc. Sec.: | 9396 |
|---|---|
| Defendant's Date of Birth: | 12/04/1976 |
| Defendant's Residential Address: | 15807 Regal Trace Lane, Houston, TX 77073 |
| Defendant's Mailing Address: (if different) | |

SIGNED at Beaumont, Texas, this 20th day of June, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE